■ DANIELLE A. COHEN, an Infant, by Her Mother and Natural Guardian, PHYLLIS COHEN, et al., Appellants, v LAWRENCE

UNION FREE SCHOOL DISTRICT 15 et al., Respondents. [658 NYS2d 982] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Collins, J.), entered May 6, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Collins at the Supreme Court. Bracken, J. P., Copertino, Pizzuto and Santucci, JJ., concur.